

Entered on Docket
March 30, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4  **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**

5  IN RE:                                    Chapter 13
   **JUAN FRANCISCO RUBIO**                  BKS-11-10710-LBR

6                                            Hearing Date: N/A
              Debtor                         Hearing Time: N/A
7

8  **PRO SE DEBTOR**
   **Attorney for Debtor**

9         **EX-PARTE ORDER DISMISSING CHAPTER 13**
          **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**
10

11     As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12  filed Schedules A through J, Statement of Financial Affairs, and the Chapter 13 Plan as required within

13  the forty-five (45) day period, which expired on March 05, 2011.

    . . .
14
    . . .
15
    . . .
16

17

18

19

20

1  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3  **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5  **IT IS SO ORDERED.**

6  Submitted by:

7
   /s/ Kathleen A. Leavitt
8  KATHLEEN A. LEAVITT
   CHAPTER 13 BANKRUPTCY TRUSTEE
   Dated: March 28, 2011
9  (alr)

10

11

12

13

14

15

16

17

18

19

20